IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RITA ARLENE ERIVES,

    Plaintiff,

v.                                                          No. 19-cv-439-KG-KK

WAL-MART STORES, INC.

    Defendant,

## STIPULATED ORDER
## DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

This matter is before the Court upon the parties' Joint Motion for Dismissal with Prejudice, the Court having considered the Motion, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED that all claims against Defendant are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

SZANTHO LAW FIRM, P.C.

By: */s/ Andras Szantho*
 Andras Szantho (andras@szantholaw.com)
 *Attorneys for Plaintiff*
 210 Montezuma Ave. Ste. 200
 Santa Fe, NM 87501
 505-820-3366
 Fax 866-208-2974


MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.

By: */s/Megan T. Muirhead*
 Megan T. Muirhead (mmuirhead@modrall.com)
 Luke W. Holmen (lwh@modrall.com)
 *Attorneys for Defendant*
 P. O. Box 2168
 Albuquerque, NM 87103
 505-848-1800
 Fax 505-848-9710

Y:\dox\client\75301\0528\DRAFTS\W3632943.DOCX